No. 04–236. ENWONWU *v.* TRANS UNION, LLC, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–239. SCRINGER *v.* GREEN POINT BANK. C. A. 2d Cir. Certiorari denied.

No. 04–247. LANHAM FORD, INC. *v.* FORD MOTOR CO. C. A. 4th Cir. Certiorari denied.

No. 04–252. MACY'S EAST, INC. *v.* COMMISSIONER OF REVENUE OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 04–254. MILLS *v.* LAW OFFICE OF MELBOURNE MILLS, JR., ET AL. Ct. App. Ky. Certiorari denied.

No. 04–255. PEREZ ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 04–261. ROMERO-MORALES *v.* COLORADO. Dist. Ct. Colo., Denver County. Certiorari denied.

No. 04–263. NEXTEL WEST CORP. *v.* P. J.'S CONCRETE PUMPING SERVICE, INC. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–265. ALTAMIMI *v.* BRABENDER ET AL. Super. Ct. Pa. Certiorari denied.

No. 04–267. HALL *v.* UNITED PARCEL SERVICE, INC. C. A. 10th Cir. Certiorari denied.

No. 04–268. GLAVEY *v.* DIME SAVINGS BANK OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 04–271. BEAUMONT *v.* CASTATOR, AS EXECUTOR AND AS POTENTIAL HEIR OF THE ESTATE OF MEADOWS, ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 04–275. FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES *v.* DOBRIN. Sup. Ct. Fla. Certiorari denied.

No. 04–282. CONNECTICUT *v.* SPENCER. Sup. Ct. Conn. Certiorari denied.